# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129807(48)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

                                  SC: 129807
                                  COA: 255257
                                  Wayne CC: 03-013651-01

TAVARIS MARKEITH BLANKS,
          Defendant-Appellant.

_____/

       On order of the Court, the motion for reconsideration of this Court's October 24, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007                                           
           d1217                                                   Clerk